# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| **JEFFREY MOFFATT,** | No. LA CV 17-06029-VBF-DFM |
| Plaintiff, | **FINAL JUDGMENT** |
| v. | |
| STATE OF ARIZONA, STATE SUPREME COURT OF ARIZONA, STATE BAR OF ARIZONA, and CHIEF JUSTICE SCOTT BALES in his official capacity, | |
| Defendants. | |

Pursuant to this Court's contemporaneously issued Order Dismissing the Action With Prejudice, **final judgment is hereby entered in favor of all defendants and against plaintiff Jeffrey Moffatt.**

Dated: September 22, 2017

*Valerie Baker Fairbank*

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE