1  MICHAEL D. SCULLY (SBN: 135853)
   mscully@grsm.com
2  GORDON REES SCULLY
   MANSUKHANI, LLP
3  101 W. Broadway
   Suite 2000
4  San Diego, CA 92101
   Telephone: (213) 270-7871
5  Facsimile: (619) 696-7124

6  A. LOUIS DORNY (SBN: 212054)
   ldorny@grsm.com
7  ELIZABETH B. VANALEK (SBN: 206709)
8  evanalek@grsm.com
   GORDON REES SCULLY
9  MANSUKHANI, LLP
   633 West Fifth Street, 52nd Floor
10 Los Angeles, CA 90071
   Telephone: (213) 576-5024
11 Facsimile: (213) 680-4470

12 Attorneys for Defendant
   STATE BAR OF ARIZONA
13

   JEFFREY D. MOFFATT, SSA
   Federal Attorney
   jeffreymbajd@hotmail.com
   jeffrey@jeffmoffattlawfirm.com
   332 W. Ave. S, suite D
   Palmdale, CA 93551
   Telephone: (661) 945-6121
   Facsimile: (661) 945-3019

   Attorney for Plaintiff
   Jeffrey D. Moffat, *Pro-Per*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY MOFFATT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STATE OF ARIZONA,<br>STATE SUPREME COURT OF ARIZONA,<br>STATE BAR OF ARIZONA, and<br>CHIEF JUSTICE SCOTT BALES in his official capacity,<br><br>　　　　Defendants. | CASE NO. 2:17-CV-17-06029-VBF-DFM<br><br>~~[PROPOSED]~~ **[PROPOSED] ORDER RE JOINT STIPULATION OF THE STATE BAR OF ARIZONA AND JEFFREY MOFFATT RE: FEES AND COSTS, IN RESPONSE TO COURT'S MINUTE ORDER DATED FEBRUARY 19, 2020 [DOC 218]**<br><br>Date: To Be Decided Without Oral Argument<br><br>District Court Judge:<br>Hon. Valerie Baker Fairbank<br><br>Magistrate Court Judge:<br>Hon. Douglas F. McCormick |

-1-
~~[PROPOSED]~~ ORDER RE JOINT STIPULATION RE: FEES AND COSTS TO COURT'S MINUTE ORDER DATED 02/19/20 [DOC 218]

# [PROPOSED] ORDER

**FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the Joint Stipulation re Fees and Costs to Court's Minute Order dated 02/29/20 [DOC 218] is **GRANTED**.

Accordingly, **IT IS HEREBY ORDERED**, that by not later than June 26, 2020, that Jeffrey Moffatt shall cause to be paid to the State Bar of Arizona, and its counsel, for full and complete resolution of the attorney's fees and costs issue (Doc 218), the total amount of Eight Thousand Dollars ($8,000.00).

Date: April 3, 2020

*Valerie Baker Fairbank*
Hon. Valerie Baker Fairbank
District Court Judge